ACCEPTED
03-14-00027-CV
4493978
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/13/2015 2:16:06 PM
JEFFREY D. KYLE
CLERK

# Linda Icenhauer-Ramirez

1103 Nueces, Austin, Texas 78701
Phone:  512-477-7991  Fax:  512-477-3580
E-Mail: ljir@aol.com

**Attorney and Counselor at Law**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/13/2015 2:16:06 PM
JEFFREY D. KYLE
Clerk

March 13, 2015

Mr. Jeffrey Kyle, Clerk
Third Court of Appeals of Texas
P.O. Box 12547
Austin, Texas 78711

Re:  In the Matter of J.M.
     Court of Appeals Cause No. 03-14-00027-CV
     Trial Court Cause No. J-31,485

Dear Mr. Kyle:

    Please be advised that I will be appearing before the Court on April 22, 2015 at 9 a.m. to present oral argument in this case.   If you have any questions, please contact me.

                         Sincerely,

                         Linda Icenhauer-Ramirez

cc:  M. Scott Taliaferro, Asst. District Attorney
     Travis County District Attorneys Office
     P.O. Box 1748
     Austin, Texas 78767